The appellant-Roussel, in brief in support of his application for rehearing, contends that this court's statement that, "When a merger became effective on May 3, 1977, the merger was between ATL, an insurance company, and New ATL, also an insurance company, which is not contrary to the law.", is based on matters dehors the record. We do not agree. Motions filed in this court by appellant-Roussel clearly reveal that the merger, as set out in our opinion, did occur on May 3, 1977. However, in any event, whether the merger occurred then, or later, or not at all is immaterial to the issues as previously decided.
OPINION EXTENDED. APPLICATION FOR REHEARING OVERRULED.
WRIGHT, P.J., and BRADLEY, J., concur.